# Court of Appeals
# of the State of Georgia

ATLANTA, April 22, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0351.  YVONNE WARD v. U. S. BANK NATIONAL ASSOCIATION.**

U. S. Bank National Association filed a dispossessory proceeding against Yvonne Ward in magistrate court. Following an adverse ruling, Ward appealed to the superior court, which affirmed the issuance of a writ of possession in favor of U. S. Bank National Association. Ward filed an application for discretionary appeal from the superior court's order, which we denied. See Case No. A19D0009 (denied Aug. 16, 2018).

Back in the superior court, Ward filed a series of post-judgment motions, including a motion for new trial. On January 16, 2020, the superior court entered an order denying these motions. On March 24, 2020, Ward filed an application for discretionary appeal. We lack jurisdiction because the application was not timely filed.

An application for discretionary review generally must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). The underlying subject matter of an appeal, however, controls over the relief sought in determining the proper appellate procedure. *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335 (715 SE2d 752) (2011). Under OCGA § 44-7-56, appeals in dispossessory actions must be filed within seven days of the date the order was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). Ward's application seeking to appeal the superior court's order in this dispossessory action is untimely, as it was filed 68 days after entry of the order.

Accordingly, this untimely application for discretionary review is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/22/2020
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*